[No. 33097-7-I. Division One. January 23, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. LEON
EDWARD WEAVER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 92-1-08338-4, Frank L. Sullivan, J., entered July 12, 1993. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Agid, J., and Scholfield, J. Pro Tem.

[No. 13108-4-III. Division Three. January 24, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. ROSA
FAIRLEY, *Appellant*.

Appeal from a judgment of the Superior Court for Franklin County, No. 92-1-50241-0, Fred R. Staples, J., entered February 23, 1993. *Affirmed* by unpublished opinion per Munson, J., concurred in by Thompson, C.J., and Schultheis, J.

[No. 13000-2-III. Division Three. January 24, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. JAVIER A.
MIRANDA, *Appellant*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 92-1-00315-2, Donald W. Schacht, J., entered January 11, 1993. *Affirmed* by unpublished opinion per Thompson, C.J., concurred in by Munson and Sweeney, JJ.